UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINE LIPSON,<br><br>Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; and, BT AMERICAS INC. LONG TERM DISABILITY PLAN,<br><br>Defendants. | Case No.: CV09-6775 DSF(FFMx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

# **O R D E R**

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 7/19/10

_____
Honorable Dale S. Fischer
Judge of the U.S. District Court